David H. Waters, State Bar No. 078512
Email dwaters@burnhambrown.com
Jay W. Brown, State Bar No. 176079
Email jbrown@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Plaintiff
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QBE SPECIALTY INSURANCE CO.,<br><br>Defendant. | No. C 13-02481 KAW<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: June 3, 2013<br>Trial Date: Not yet set |

Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION and Defendant Q BE SPECIALTY INSURANCE CO. have reached a settlement, have executed a release, and the terms of the release have been performed in full.

///

///

///

///

///

Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION hereby requests the court to dismiss this action with prejudice, each party to bear its own fees and costs.

DATED: September 20, 2013

BURNHAM BROWN

*[signature]*

DAVID H. WATERS
Attorneys for Plaintiff
LIBERTY SURPLUS INSURANCE CORPORATION

## ORDER DISMISSING ACTION WITH PREJUDICE

Good cause appearing therefore, it is hereby ordered that this action be dismissed with prejudice, each party to bear its own costs.

DATED: 9/24/13

*[signature]* Kandis Westmore

UNITED STATES DISTRICT COURT JUDGE

4838-3656-1174, v. 1