1  David H. Waters, State Bar No. 078512
   Email dwaters@burnhambrown.com
2  Jay W. Brown, State Bar No. 176079
   Email jbrown@burnhambrown.com
3  BURNHAM BROWN
   A Professional Law Corporation
4  P.O. Box 119
   Oakland, California 94604
5  ---
   1901 Harrison Street, 14th Floor
6  Oakland, California  94612
   Telephone:     (510) 444-6800
7  Facsimile:     (510) 835-6666

8  Attorneys for Plaintiff
   LIBERTY SURPLUS INSURANCE CORPORATION
9

10              UNITED STATES DISTRICT COURT

11     NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 12  LIBERTY SURPLUS INSURANCE CORPORATION, | No.  C 13-02481 KAW |
| 13 | **REQUEST FOR DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| 14  Plaintiff, | |
| 15  v. | |
| 16  QBE SPECIALTY INSURANCE CO., | |
| 17  Defendant. | Complaint Filed:     June 3, 2013 Trial Date:             Not yet set |

21        Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION and Defendant Q BE

22  SPECIALTY INSURANCE CO. have reached a settlement, have executed a release, and the

23  terms of the release have been performed in full.

24  ///

25  ///

26  ///

27  ///

28  ///

1

REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER          NO. C 13-02481 KAW
DISMISSING COMPLAINT WITH PREJUDICE

1    Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION hereby requests the

2 court to dismiss this action with prejudice, each party to bear its own fees and costs.

3

4 DATED: September 20, 2013          BURNHAM BROWN

5

6

7                                   DAVID H. WATERS
                                    Attorneys for Plaintiff
8                                   LIBERTY SURPLUS INSURANCE
                                    CORPORATION

9

10

11               ORDER DISMISSING ACTION WITH PREJUDICE

12        Good cause appearing therefore, it is hereby ordered that this action be dismissed with

13 prejudice, each party to bear its own costs.

14

15 DATED: 9/24/13          _____
                          UNITED STATES DISTRICT COURT JUDGE

16

17

18 4838-3656-1174, v. 1

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER          NO. C 13-02481 KAW
DISMISSING COMPLAINT WITH PREJUDICE